UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                        Case No. 10-cr-79-PB

**Roger Desmarais, et al.**

                          ]

**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for February 1, 2011, citing defendant's complicated medical issues and the need for additional time to engage in plea negotiations or prepare for trial. The government and co-defendants do not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow time for the parties to properly prepare for trial, the court will continue the trial from February 1, 2011 to May 3, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public

and the defendants in a speedy trial.

The January 21, 2011 final pretrial conference is continued to April 18, 2011 at 2:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 18, 2011

cc: Tony Soltani, Esq.
    Michael Shklar, Esq.
    Stanley Norkunas, Esq.
    Jennifer C. Davis, AUSA
    United States Probation
    United States Marshal