**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                              Case No. 10-cr-79-PB

<u>**Roger Desmarais, et al.**</u>

**O R D E R**

Defendant Roger Desmarais has moved through counsel to continue the August 16, 2011 trial in the above case citing the need for additional time to address ongoing medical issues and the need for an expert evaluation to be scheduled for Mr. Desmarais.  The government and co-defendants do not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 16, 2011 to November 1, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The July 25, 2011 final pretrial conference is continued until October 24, 2011 at 2:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 15, 2011

cc:  Tony F. Soltani, Esq.
     Michael Shklar, Esq.
     Stanley Norkunas, Esq.
     Jennifer Davis, AUSA
     United States Marshal
     United States Probation

2